**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7267

BARRY F. ROBINSON,

                                    Plaintiff - Appellant,

          versus

GEORGE E. CURRIE; MICHAEL A. MUNNS,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge.  (CA-04-373-CT)

Submitted:  November 18, 2004      Decided:  December 23, 2004

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Barry F. Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry F. Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm because Robinson failed to state a claim upon which relief may be granted. See Robinson v. Currie, No. CA-04-373-CT (E.D.N.C. July 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED